**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 4:04-cr-245-38** |
| **Plaintiff,** | ) ) | |
| **vs.** | ) ) | **Judge Peter C. Economus** |
| **LORRIE A. WISE,** | ) ) | |
| **Defendant.** | ) ) | **ORDER** |

On January 10, 2007, the Defendant appeared before the Court for a hearing based on her probation officer's report that she violated the terms of her supervised release. At that hearing, the Defendant admitted to the violations and was sentenced to ten months imprisonment. The Court held the sentence in abeyance. See, (Dkt. # 1344). The Court ordered that the Defendant continue to participate in the inpatient program at the Warren Family Mission and further ordered that the Defendant participate in substance abuse and mental health treatment as directed by her probation officer.

On May 31, 2007, the Defendant's probation officer submitted an additional violation report. The report alleged that the Defendant had failed to complete the program at the Warren Family Mission. On the Court's referral, the Defendant appeared before Magistrate Judge George J. Limbert on June 5, 2007 for a supervised release violation hearing. At the hearing the Defendant admitted to the violation. The Magistrate Judge issued a Report and Recommendation

recommending that the Court find that the Defendant violated the terms of her supervised release. The Defendant did not object to the Report and Recommendation.

On June 11, 2007, the Court held a hearing and adopted the Report and Recommendation. The Court also implemented the ten-month sentence.

Therefore, the Court **ORDERS** that the sentence imposed on January 10, 2007 take effect immediately. The Defendant is hereby committed to the custody of the Bureau of Prisons for a term of ten months. The Court recommends that the Defendant receive substance abuse treatment and counseling and mental health counseling. The Defendant's supervised release is terminated.

**IT IS SO ORDERED.**


Issued: June 11, 2007                              **s/ Peter C. Economus**
                                                   **UNITED STATES DISTRICT JUDGE**